# UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE: THE HONORABLE STEPHEN A. VADEN, JUDGE

| |  |
|---|---|
| NEWTREND USA CO., LTD., STARILLE, LTD., and NUTRAWAVE CO., LTD. <br><br>           Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>           Defendant, <br><br> and <br><br> GEO SPECIALTY CHEMICALS, INC. <br><br>           Defendant-Intervenor. | Court No. 22-347 |

## **ORDER**

Upon consideration of the Motion for Judgment on the Agency Record of Plaintiffs Newtrend USA Co., Ltd., Starille, Ltd., and Nutrawave Co., Ltd., the responses thereto, and all other papers and proceedings in this case, it is hereby

**ORDERED** that Plaintiffs' Motion for Judgment on the Agency Record is granted; and it is further

**ORDERED** that this matter is remanded to U.S. Customs and Border Protection for redetermination of its determination as set forth in this Court's accompanying opinion.

**SO ORDERED**.

                                                          Hon. Stephen A. Vaden, Judge

Dated: _____
      New York, New York

# UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE: THE HONORABLE STEPHEN A. VADEN, JUDGE

| | |
|---|---|
| NEWTREND USA CO., LTD., STARILLE, LTD., and NUTRAWAVE CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>GEO SPECIALTY CHEMICALS, INC.,<br><br>Defendant-Intervenors. | Court No. 22-347 |

## PLAINTIFFS' MOTION FOR JUDGMENT ON THE AGENCY RECORD PURSUANT TO RULE 56.2

Pursuant to Rule 56.2 of the Rules of this Court, Plaintiffs Newtrend USA Co., Ltd., Starille, Ltd., and Nutrawave Co., Ltd. (collectively "Plaintiffs") hereby move for judgment on the agency record with respect to the determinations by U.S. Customs and Border Protection ("CBP") that Plaintiffs entered merchandise covered by the U.S. Department of Commerce antidumping and countervailing duty orders on glycine from China through evasion. The determinations at issue include: (1) an initial determination issued on November 30, 2022, by CBP's Trade Remedy Law Enforcement Directorate ("TRLED") ("TRLED's Determination"), Appx90000-Appx90034, pursuant to 19 U.S.C. § 1517(c); and (2) a *de novo* Administrative Review Determination by CBP's Office of Regulations and Rulings ("ORR") ("AR

Determination"), Appx90289-Appx90306, pursuant to 19 U.S.C. § 1517(f). This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1581(c).

As set forth in detail in the accompanying Memorandum of Points and Authorities of Plaintiffs in Support of Rule 56.2 Motion for Judgment on the Administrative Record, TRLED's Determination and ORR's AR Determination are arbitrary, capricious, an abuse of discretion, and are otherwise not in accordance with law. Consequently, judgment should be entered for Plaintiffs and this action should be remanded to CBP for disposition consistent with the order and opinion of the Court.

A proposed order accompanies this motion.

Respectfully submitted,

 /s/ Richard P. Ferrin
Douglas J. Heffner
D. Alicia Hickok
Wm. Randolph Rucker
Richard P. Ferrin
Carolyn Bethea Connolly
**FAEGRE DRINKER BIDDLE & REATH LLP**
1500 K Street, N.W.
Washington, DC 20005
(202) 230-5803

Counsel for Plaintiffs

Dated: May 26, 2023