UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE STEPHEN A. VADEN, JUDGE

| | |
|---|---|
| NEWTREND USA CO., LTD., STARILLE, LTD., and NUTRAWAVE CO., LTD. <br>              Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>              Defendant, <br><br> and <br><br> GEO SPECIALTY CHEMICALS, INC. <br><br>              Defendant-Intervenor. | Court No. 22-347 |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

     Plaintiffs Newtrend USA Co., Ltd., Starille Ltd., and Nutrawave Co., Ltd. (collectively "Plaintiffs") respectfully bring to the Court's attention the ruling by the U.S. Court of Appeals for the Federal Circuit ("CAFC") on July 27, 2023 in the matter of *Royal Brush Mfg., Inc. v. United States*, Case No. 22-1226. In *Royal Brush*, the CAFC held that failure of U.S. Customs and Border Protection to provide certain administrative record information to respondents in an unredacted form during the course of an investigation under the Enforce and Protect Act of 2015, was a violation of the plaintiff's constitutional right to due process, and it made other rulings pertinent to this case.

     Plaintiffs believe that the CAFC's opinion in *Royal Brush* is directly relevant to Count I of Plaintiffs' Complaint in this action (CM/ECF Doc. 2) and Section V of the Memorandum of

Points and Authorities of Plaintiffs in Support of Rule 56.2 Motion for Judgment on the Agency Record (CM/ECF Doc. 57), at 22-31.

    If the Court wishes the parties to submit briefs on the significance of *Royal Brush* prior to the deadline for Defendant and Defendant-Intervenor to submit their response briefs, Plaintiffs are prepared to do so. Otherwise, Plaintiffs plan to discuss the significance of the *Royal Brush* precedent in their reply brief.

    Respectfully submitted,

/s/ Douglas J. Heffner
Douglas J. Heffner
D. Alicia Hickok
Wm. Randolph Rucker
Richard P. Ferrin
Carolyn Bethea Connolly
**FAEGRE DRINKER BIDDLE & REATH LLP**
1500 K Street, N.W.
Washington, DC 20005
(202) 230-5803

Date: July 31, 2023